**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:18-CR-70-KKC-1** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **RYAN COMBS,** | |
|     **Defendant.** | |

*** *** ***

This matter is before the Court on a recommended disposition in which Magistrate Judge Matthew A. Stinnett makes certain recommendations regarding Defendant's admitted violations of the terms of his supervised release (DE #32). Although the time for filing objections has not run, defendant has waived his right to appear before the district judge, to make a statement, and present mitigating information. (DE #33). Therefore, the Court will FIND that the defendant does not object to Judge Stinnett's recommendations regarding his supervised release violations. Accordingly,

IT IS ORDERED that Magistrate Judge Stinnett's Report and Recommendation (DE #32) is ADOPTED as and for the Opinion of the Court. The United States Probation Office SHALL prepare a Revocation Judgment consisted with this Recommendation.

Dated November 19, 2021.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY